John A. Cochran, OSB No. 020022
Pacific Property Law LLC
16811 Lakeridge Drive
Lake Oswego, OR 98034
(503) 756-0299
johnpplllc@gmail.com

*Attorneys for Plaintiff, Tim and Deborah Shannon*

THE HONORABLE MICHAEL W. MOSMAN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON – PORTLAND

| | |
|---|---|
| TIM SHANNON AND DEBORAH SHANNON,<br><br>              Plaintiffs,<br><br>    v.<br><br>BAYVIEW LOAN SERVICING LLC; LSF9 MASTER PARTICIPATION TRUST; CALIBER HOME LOANS, INC.; M&T BANK<br><br>              Defendants. | No. 3:16-cv-01016-MO<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AGAINST BAYVIEW LOAN SERVICING LLC AND M&T BANK |

### **STIPULATION**

Defendants Bayview Loan Servicing LLC (the "BAYVIEW") and M&T Bank ("M&T") and Plaintiffs Tim Shannon and Deborah Shannon ("Shannon") stipulate to dismissal of the BAYVIEW and M&T with prejudice and without an award of fees or costs to any party.

DATED: June 01, 2017

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(USDC W.D. Wash. Case No. 3:16-cv-05877-BHS) - 1

PACIFIC PROPERTY LAW LLC
16811 Lakeridge Drive, Lake Oswego, OR 97034
*Telephone (503) 756-0299*

89719042.1 0052161-04213

| | |
|---|---|
| 1<br>2 | RCO LEGAL, P.S.            PACIFIC PROPERTY LAW LLC |
| 3 | s/ Tony Kullen                    s/ John A. Cochran |

RCO LEGAL, P.S.

PACIFIC PROPERTY LAW LLC

s/ Tony Kullen
Tony Kullen, OSB No. 090218
tkullen@rcolegal.com

s/ John A. Cochran
John A. Cochran, OSB No. 020022
johnpplllc@gmail.com;

511 SW 10th Avenue, Ste. 400
Portland, OR 97205
Telephone: (503) 517-7180
Facsimile: (425) 457-7369

16811 Lakeridge Drive
Lake Oswego, OR 98034
Telephone: (503) 756-0299

Attorneys for Defendants Bayview and M&T Bank

Attorneys for Plaintiff Tim Shannon and Deborah Shannon

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE ONLY AS TO BAYVIEW LOAN SERVICING LLC AND M&T BANK
(USDC D. Oregon Case No. 3:16-cv-01016-MO) - 2

PACIFIC PROPERTY LAW LLC
16811 Lakeridge Drive, Lake Oswego, OR 97034
Telephone (503) 756-0299

# ORDER

This matter came before the Court on the parties' stipulation. Based on the stipulation and the pleadings and records on file, IT IS ORDERED that the Stipulation to Dismiss With Prejudice against Bayview Loan Servicing, LLC and M&T Bank is GRANTED. Plaintiffs' claims against Defendants are dismissed with prejudice and without costs or attorneys' fees to either party.

SO ORDERED this 7th day of June, 2017.

_____
The Honorable Michael W. Mosman
United States District Judge

Presented by:

PACIFIC PROPERTY LAW LLC

s/ John A. Cochran
_____
John A. Cochran, OSB No. 020022
johnpplllc@gmail.com

16811 Lakeridge Drive
Lake Oswego, OR 98034
Telephone: (503) 756-0299

Attorneys for Plaintiffs Tim & Deborah Shannon

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE ONLY AS TO BAYVIEW LOAN SERVICING LLC AND M&T BANK
(USDC D. Oregon Case No. 3:16-cv-01016-MO) - 3

PACIFIC PROPERTY LAW LLC
16811 Lakeridge Drive, Lake Oswego, OR 97034
Telephone (503) 756-0299

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Tony Kullen**
  tkullen@rcolegal.com

- **Calvin Knickerbocker, III**
  cknickerbocker@rcolegal.com

PACIFIC PROPERTY LAW LLC

/s/ John A. Cochran
John A. Cochran, OSB No. 020022
johnpplllc@gmail.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE ONLY AS TO BAYVIEW LOAN SERVICING LLC AND M&T BANK
(USDC D. Oregon Case No. 3:16-cv-01016-MO) - 4

PACIFIC PROPERTY LAW LLC
16811 Lakeridge Drive, Lake Oswego, OR 97034
Telephone (503) 756-0299